UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEDURA WATKINS,

    Plaintiff,

v.

Case No. 17-cv-13940
Hon. Matthew F. Leitman

ROBERT H. HEALY, *et al.*,

    Defendants.
_____/

## ORDER DIRECTING PARTIES TO ADDRESS AUTHORITY IN FORTHCOMING MOTION TO DISMISS BRIEFING

On January 25, 2019, Defendant Robert H. Healy filed a motion to dismiss the claims brought against him by Defendant Ledura Watkins. (*See* Mot. to Dismiss, ECF #34.) Watkins' response to the motion to dismiss is due on April 8, 2019, and Watkins' reply brief is due on April 29, 2019. (*See* Dkt.)

On March 28, 2019, the United States Court of Appeals for the Sixth Circuit issued a published decision in *Jackson v. City of Cleveland*, --- F.3d ---, 2019 WL 1397484 (6th Cir. Mar. 28, 2019). The decision in *Jackson* appears to be relevant to at least some of the arguments raised in Healy's motion to dismiss. Accordingly, the Court **DIRECTS** the parties to address the potential relevancy and application of the *Jackson* decision in their remaining briefing on Healy's motion to dismiss.

    **IT IS SO ORDERED**.

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
Dated: April 2, 2019                UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 2, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(810) 341-9764