UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEDURA WATKINS,

    Plaintiff,

v.

ROBERT H. HEALY, *et al.*,

    Defendants.

Case No. 17-cv-13940
Hon. Matthew F. Leitman

_____/

## ORDER DIRECTING PARTIES TO SUBMIT SUPPLEMENTAL BRIEFS

On January 25, 2019, Defendant Robert H. Healy filed a motion to dismiss the claims brought against him by Defendant Ledura Watkins. (*See* Mot. to Dismiss, ECF #34.) The motion is currently set for a hearing on July 22, 2019.

On June 20, 2019, the United States Supreme Court issued a decision in *McDonough v. Smith*, Supreme Court Case No. 18-485. In *McDonough*, the Supreme Court held that "[t]he statute of limitations for [a] § 1983 claim alleging that [the plaintiff] was prosecuted using fabricated evidence [begins] to run when the criminal proceedings against him terminated in his favor." This holding appears to be relevant to at least some of the arguments raised in the pending motion to dismiss. Accordingly, the Court **DIRECTS** the parties to address the relevancy and application, if any, of the *McDonough* decision in a supplemental brief that is not to

exceed five pages. The parties shall file these supplemental briefs by no later than **July 3, 2019**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 20, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 20, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764