MIED (Rev. 04/08/06) Notice of Appeal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LEDURA WATKINS,

        Plaintiff(s),

v.

ROBERT H. HEALY, et al.,

        Defendant(s).

Case No. 4:17-cv-13940

Judge Matthew F. Leitman

Magistrate Judge Mona K. Majzoub

/

## NOTICE OF APPEAL

Notice is hereby given that ROBERT H. HEALY appeals to the United States Court of Appeals for the Sixth Circuit from the:

☐ Judgment    ☐ Order    ☒ Other: ECF Nos. 47 & 55

entered in this action on December 19, 2019.

Date: January 16, 2020

Counsel is: RETAINED

/s/ Davidde A. Stella

69948
Wayne County Corporation Counsel
500 Griswold
Floor 30
Detroit MI 48226
313 224 5030
dstella@waynecounty.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.