# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 12, 2021

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
October 14, 2021
DEBORAH S. HUNT, Clerk

Re: Robert H. Healy
v. Ledura Watkins
No. 21-292
(Your No. 20-1074)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk